# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CRIMINAL NO. 4:20-cr-00264** |
| § | |
| **JOSE ABRAHAM NICANOR** § | |

### GOVERNMENT'S OFFER OF TRIAL EXHIBITS
### PURSUANT TO LOCAL RULE CrLR 55.2

TO THE HONORABLE JUDGE HOYT:

COMES NOW the United States of America, by and through Alamdar Hamdani, United States Attorney in and for the Southern District of Texas, and Lisa M. Collins, Assistant United States Attorney, and files this offer of trial exhibits pursuant to local rule CrLR 55.2.

I.

CrLR 55.2 provides in pertinent part:

**Authentication of Exhibits.** A party requiring authentication of an exhibit must notify the offering party in writing within 7 days after the exhibit is listed and made available. Failure to object in advance of trial in writing concedes authenticity.

**Objections to Exhibits.** Objections to admissibility of exhibits must be made at least 7 days before trial by notifying the Court in writing of the disputes, with copies of the disputed exhibit and authority.

II.

The Government intends to introduce, among other things, the exhibits listed in the attached Government's Exhibit List.

1

III.

The exhibits have been made available via either the United States Attorney's Office file exchange system as of May 2, 2023, in hard copies, or through email.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the defendant comply with CrLR 55.2.

Respectfully submitted,

ALAMDAR HAMDANI
United States Attorney

/s/ Lisa M. Collins
Lisa M. Collins
Assistant United States Attorney
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9700

## CERTIFICATE OF SERVICE

On May 2, 2023 the Government served a copy of its Offer of Trial Exhibits Pursuant to CLR 55.2 by ECF upon defense counsel.

/s/ Lisa M. Collins
Lisa M. Collins
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA** §
§ Criminal No. 4:20-cr-00264
§
§ **KENNETH HOYT**
§ JUDGE
vs. §
§ _____
§ COURTROOM CLERK
§
§ _____
§ COURT REPORTER
**JOSE ABRAHAM NICANOR** §

**GOVERNMENT'S EXHIBIT LIST**

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | 4473- JJ 2.16.19 | Yes/No | Yes/No | | |
| 2 | 4473- JJ 4.9.19 | Yes/No | Yes/No | | |
| 3 | 4473- JJ 4.12.19 | Yes/No | Yes/No | | |
| 4 | 4473- JJ 4.15.19 | Yes/No | Yes/No | | |
| 5 | 4473- JJ 4.17.19 | Yes/No | Yes/No | | |
| 6 | 4473- JJ 4.18.19 | Yes/No | Yes/No | | |
| 7 | 4473- AG 3.9.19 | Yes/No | Yes/No | | |
| 8 | 4473- AG 3.20.19 | Yes/No | Yes/No | | |
| 9 | 4473- AG 3.29.19 | Yes/No | Yes/No | | |
| 10 | 4473- AG 4.8.19 | Yes/No | Yes/No | | |
| 11 | 4473- AG 4.12.19 | Yes/No | Yes/No | | |
| 12 | 50 CAL- demonstration only | Yes/No | Yes/No | | |
| 13 | 50 CAL AMMO- demonstration only | Yes/No | Yes/No | | |
| 14 | Nicanor Instagram BRA and attached documents | Yes/No | Yes/No | | |
| 15 | Video from Top Gun | Yes/No | Yes/No | | |
| 16 | Felony Stipulation | Yes/No | Yes/No | | |
| 17 | Top Gun BRA and supporting docs | Yes/No | Yes/No | | |

| 18 | Top Gun Customer Screen shot | Yes/No | Yes/No | | |
|---|---|---|---|---|---|
| 19 | Jefferson BRA and CDRs | Yes/No | Yes/No | | |
| 20 | Garcia BRA and CDRs | Yes/No | Yes/No | | |
| 21 | Nicanor BRA and CDRs | Yes/No | Yes/No | | |
| 22 | Contact List Chart | | | | |
| 23 | Call Frequency Chart | Yes/No | Yes/No | | |
| 24 | Jefferson Phone | Yes/No | Yes/No | | |
| 25 | Nicanor Phone | Yes/No | Yes/No | | |
| 26 | Garcia Phone | Yes/No | Yes/No | | |
| 27 | Powerpoint of Counts | Yes/No | Yes/No | | |
| 28 | Photo of 57 | | | | |
| 29 | Photo of Ammo box | | | | |
| 30 | Photo of Ammo Box 2 | | | | |
| 31 | Top Gun Waiver | | | | |