UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:20-cr-00264-1 |
| | § | |
| | § | |
| JOSE ABRAHAM NICANOR (01) | § | JUDGE: Hon. Kenneth Hoyt |

### DEFENDANT JOSE ABRAHAM NICANOR'S PROPOSED JURY QUESTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Jose Abraham Nicanor, Defendant (01) in the above styled and numbered cause, and requests this court to propound the following questions to the jury panel, as follows:

I. Proposed Jury Questions

1. What does the US Constitution's Second Amendment right to own and possess a firearm mean to you?

2. Do you believe people should have a constitutional right to own and possess a firearm for protection, hunting, shooting, collecting, or make videos demonstrating the firearm?

3. Do you believe that this nation's history of liberty and property rights is connected gun ownership?    How?

4. Do you believe that there should be LESS firearms in America?

5. Do GUNS kill, or is it that PEOPLE kill?

6. Which juror(s) or their family members or close friends are or were in law enforcement, such as police, volunteer neighborhood watch,  or any other similar law enforcement in investigative agency?

7.  How many jurors feel that a defendant at trial should or must testify to prove his innocence?

7.  What is the most important word to you in "Beyond a Reasonable Doubt?"   Why?

## PRAYER

FOR THESE REASONS, Defendant prays that the Court propound to each member of the jury panel the foregoing questions..  Defendant prays for any other relief to which he may be entitled.

Respectfully submitted,

___/s/   Lance Nguyen_____
Lance Nguyen
SBN 24010266
Fed ID # 23863
6001 Savoy, #120
Houston, TX 77036
Tel: (713) 577-9654
Fax: (281) 786-3379

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading has been served upon the Government via CM/ECF electronic filing, on May 9, 2023.

___/s/   Lance Nguyen_____
Lance Nguyen