UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| VS. | § CRIMINAL NO. 4:20-CR-00264-001 |
| JOSE ABRAHAM NICANOR | § § § |

### CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATIONS

I have reviewed the trial exhibits to be presented to the Jury during the deliberations and find that they are correct.

Date: 5/10/23

_____
Attorney for Government

Date: May 10, 2023

_____
Attorney for Defendant