UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § |
| --- | --- |
| | § Criminal No. 4:20-cr-00264 |
| | § |
| | § **KENNETH HOYT** |
| | § **JUDGE** |
| vs. | § |
| | § |
| | § COURTROOM CLERK |
| | § |
| | § |
| | § COURT REPORTER |
| JOSE ABRAHAM NICANOR | § |

## GOVERNMENT'S EXHIBIT LIST

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
| --- | --- | --- | --- | --- | --- |
| 1 | 4473- JJ 2.16.19 | Yes/No | Yes/No | ✓ | |
| 2 | 4473- JJ 4.9.19 | Yes/No | Yes/No | ✓ | |
| 3 | 4473- JJ 4.12.19 | Yes/No | Yes/No | ✓ | |
| 4 | 4473- JJ 4.15.19 | Yes/No | Yes/No | ✓ | |
| 5 | 4473- JJ 4.17.19 | Yes/No | Yes/No | ✓ | |
| 6 | 4473- JJ 4.18.19 | Yes/No | Yes/No | ✓ | |
| 7 | 4473- AG 3.9.19 | Yes/No | Yes/No | ✓ | |
| 8 | 4473- AG 3.20.19 | Yes/No | Yes/No | ✓ | |
| 9 | 4473- AG 3.29.19 | Yes/No | Yes/No | ✓ | |
| 10 | 4473- AG 4.8.19 | Yes/No | Yes/No | ✓ | |
| 11 | 4473- AG 4.12.19 | Yes/No | Yes/No | ✓ | |
| 12 | 50 CAL- demonstration only | Yes/No | Yes/No | Demonstrative | |
| 13 | 50 CAL AMMO- demonstration only | Yes/No | Yes/No | | N/A |
| 14 | Nicanor Instagram BRA and attached documents | Yes/No | Yes/No | ✓ | |
| 15 | Video from Top Gun | Yes/No | Yes/No | ✓ | |
| 16 | Felony Stipulation | Yes/No | Yes/No | ✓ | |
| 17 | Top Gun BRA and supporting docs | Yes/No | Yes/No | ✓ | |

| 18 | Top Gun Customer Screen shot | Yes/No | Yes/No | / | |
| 19 | Jefferson BRA and CDRs | Yes/No | Yes/No | / | |
| 20 | Garcia BRA and CDRs | Yes/No | Yes/No | / | |
| 21 | Nicanor BRA and CDRs | Yes/No | Yes/No | / | |
| 22 | Contact List Chart | | | ✓ | |
| 23 | Call Frequency Chart | Yes/No | Yes/No | ✓ | |
| 24 | Jefferson Phone | Yes/No | Yes/No | | N/A |
| 25 | Nicanor Phone | Yes/No | Yes/No | | " |
| 26 | Garcia Phone | Yes/No | Yes/No | / | " |
| 27 | Powerpoint of Counts | Yes/No | Yes/No | / | |
| 28 | Photo of 57 | / | | / | |
| 29 | Photo of Ammo box | / | | / | |
| 30 | Photo of Ammo Box 2 | / | | / | |
| ~~31~~ | ~~Top Gun Waiver~~ | / | | / | N/A |